IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES STANTON SULLIVAN, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:26-cv-270-RAH-CWB |
| FIRST SOUTH FARM CREDIT, ACA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 29, 2026, the Magistrate Judged recommended that the Complaint (doc. 1) be dismissed with prejudice for Sullivan's failure to abide by orders of the Court. No objections have been filed. The Court finds this action should be dismissed without prejudice.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. To the extent the Magistrate Judge recommends dismissal of this case, the Recommendation (doc. 19) is **ADOPTED**; and

2. This action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** on this the 17th day of July 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE